NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-1358

HOWMEDICA OSTEONICS CORP.,

Plaintiff-Appellee,

v.

TRANQUIL PROSPECTS, LTD.,

Defendant-Appellant.

William L. Mentlik, Lerner, David, Littenberg, Krumholz & Mentlik, LLP, of Westfield, New Jersey, argued for plaintiff-appellee. With him on the brief were Paul H. Kochanski, Roy H. Wepner, and Samantha M. Kameros.

George C. Summerfield, Stedheim & Grear, Ltd, of Chicago, Illinois, argued for defendant-appellant. With him on the brief were Joseph A. Grear, Rolf O. Stedheim, Keith A. Vogt, and Steven R. Pedersen.

Appealed from: United States District Court for the Northern District of Indiana

Judge Allen Sharp

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-1358

HOWMEDICA OSTEONICS CORP.,

Plaintiff-Appellee,

v.

TRANQUIL PROSPECTS, LTD.,

Defendant-Appellant.

# Judgment

ON APPEAL from the       United States District Court for the Northern District of Indiana

In CASE NO(S).       02-CV-0321.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam  (RADER, PROST and MOORE, <u>Circuit Judges</u>).

**<u>AFFIRMED</u>.** <u>See</u> Fed. Cir. R. 36.

*ENTERED BY ORDER OF THE COURT*

DATED:  _January 10, 2008____        _/ s /_  _Jan Horbaly_____
                                                    Jan Horbaly, Clerk